## STATE v. LAWRENCE.

In a general action of *indebitatus assumpsit* — mistakes in settlements or other special matters, may not be given in evidence.

ACTION of *indebitatus assumpsit* for money had and received generally. Plea — *Nonassumpsit*. Issue to the jury.

The plaintiff offered to give in evidence certain mistakes made in a settlement between the treasurer of the state and the defendant, upon which receipts were passed — which was objected to, as it would be a surprise upon the defendant.

By the COURT. The evidence is not admissible; for it would be to surprise the defendant with claims of which he has had no notice. The action in such case ought to be special, particularly pointing out the mistakes that had been made in the settlement. Kirby's Reports, Hart v. Smith, 127.